KALMAN KONYA, PLAINTIFF-APPELLANT, v. TOWNSHIP OF READINGTON, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Argued September 15, 1959—Decided September 28, 1959.

*Mr. Milford Salny* argued the cause for the appellant.

*Mr. Richard H. Thiele, Jr.,* argued the cause for the respondent (*Messrs. Wharton, Stewart & Davis,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR and SCHETTINO—6.

*For reversal*—None.